## HOUCK v. BRANDON.

No. 11946—Opinion Filed Oct. 9, 1923.

### Appeal and Error—Failure to File Brief—Dismissal.

Where no briefs have been filed under Rule 7 of this Court and no application for extension of time has been made, and no excuse offered for failure to comply with the requirements of said rule, the appeal may be dismissed.

(Syllabus by Foster, C.)

Commissioners' Opinion, Division No. 5.

Error from County Court, Pawnee County; Chas. Verne, Judge.

Action by R. S. Brandon against O. J. Houck. Judgment for plaintiff, and defendant brings error. Dismissed.

Goodwin & Ingraham, for plaintiff in error.

J. B. Sowder, for defendant in error.

Opinion by FOSTER, C. This is an appeal from the action of the county court of Pawnee county, Okla., in rendering judgment in favor of the defendant in error. The cause was duly reached for hearing upon the docket of this court, submitted and assigned for the preparation of an opinion. Upon an examination of the record, it appears that no briefs have been filed in this cause in compliance with Rule Seven of this court, no request made for an extension of time, and no excuse offered for failure to comply with the requirements of said rule.

The appeal is therefore dismissed for the want of prosecution.

By the Court: It is so ordered.